**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| HENRY FORD, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:26-CV-00893-SDJ-AGD |
| v. | § | |
| | § | |
| TOYOTA MOTOR NORTH AMERICA, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 25, 2026, the Magistrate Judge entered a Report, (Dkt. #6), recommending that Plaintiff's case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute the case. No Party filed an objection to the Report.

Having received the Report of the Magistrate Judge and all other relevant filings, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 26th day of October, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE